ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

In Re:   Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1184 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry #3183, the claim of **Marta Diaz** is dismissed from said action, with prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

